No. 90–622. FLORIDA *v.* JIMENO ET AL. Sup. Ct. Fla. [Certiorari granted, 498 U. S. 997.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* out of time denied. Motion of National Association of Crimi-

nal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.